NATHAN SCHULMAN and Others, as Executors of ISAAC SCHULMAN and NATHAN SCHULMAN, Individually, Appellants, v. MANBERG REALTY CORPORATION and Others, Defendants, and PEIRESA REALTY CORPORATION, EDWARD J. DALTON, Respondents.— Motion for reargument denied.   Motion for leave to appeal to

the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.